UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| GRIFFIN GREENHOUSE SUPPLIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> P. CECIL JENNINGS III a/k/a ) <br> PHILLIP JENNINGS III, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br><br> FILE NO. CV323-82 |

## COMPLAINT

Jurisdiction and Venue

1.

Plaintiff Griffin Greenhouse Supplies, Inc. ("Plaintiff") is a corporation incorporated by the State of Massachusetts with its principal place of business in that State.

2.

Defendant P. Cecil Jennings III a/k/a Phillip Jennings III ("Mr. Jennings") is a citizen of the State of Georgia who resides at 6311 Ga. Highway 86, Soperton, Treutlen County, Georgia.

3.

This Court has subject-matter jurisdiction over this action under 28 U.S.C. §1332 based upon the complete diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy in excess of $75,000 exclusive of interest and costs.

4.

This Court has personal jurisdiction over the Defendant, and venue in this Court is proper under 28 U.S.C. §1391(a).

5.

On April 14, 2017, Verdant, LLC completed a Customer Information Form & Credit Application to apply for an extension of credit from Plaintiff (the "Credit Application"). Mr. Jennings executed and delivered that Credit Application on behalf of Verdant, LLC. A true and correct copy of the Credit Application is attached hereto and marked as Exhibit A.

6.

On April 14, 2017, Mr. Jennings executed a Personal Guaranty in which he guaranteed to pay and be responsible for payment of all sums, balances and accounts due Plaintiff by Verdant, LLC, including collection cost, attorney's fees and court cost.

7.

The Personal Guaranty is contained in the Credit Application attached hereto as Exhibit A.

8.

Beginning on October 24, 2019 through February 26, 2020, Verdant, LLC ordered from the Plaintiff and accepted delivery of $65,371.02 in goods from Plaintiff. True and correct copies of the Plaintiff's invoices to Verdant, LLC are attached hereto and marked as Exhibit B (the "Verdant Invoices").

9.

Between February 7, 2020 and March 17, 2020, Verdant, LLC ordered from the Plaintiff and directed delivery to Nature Crisp, LLC of $35,035.03 in goods. True and correct copies of the invoices from the Plaintiff to Verdant, LLC for those goods are attached hereto and marked as Exhibit C (the "Nature Invoices").

10.

Despite demand, Verdant LLC has failed and refused to pay the amount due to the Plaintiff for those goods as shown on the Verdant Invoices and the Nature Invoices.

11.

Despite demand, Mr. Jennings has failed and refused to pay the amount due to the Plaintiff on the Verdant Invoices and Nature Invoices.

12.

Under the terms of the Credit Application interest accrues on the unpaid balance at the rate of 18% per annum.

13.

As a result of Verdant, LLC's failure to pay its indebtedness to the Plaintiff, Mr. Jennings is liable to the Plaintiff under his personal guaranty in the principal amount of $100,406.02 plus interest in the amount of $64,671.55 for a total amount due of $165,077.57, with interest accruing at the rate of $50.21 per day.

14.

In the Credit Application, Verdant, LLC agreed to pay collection and attorney's fees and court costs if its indebtedness to the Plaintiff must be collected by sources other than the Plaintiff. Mr. Jennings is hereby notified that under O.C.G.A. §13-1-11, he shall be liable to the Plaintiff for attorney's fees and court costs unless the full amount due of $165,077.57 is paid within ten (10) days from receipt of this Complaint.

**WHEREFORE,** the Plaintiff prays that the Court enter judgment in its favor and against Mr. Jennings in the principal amount of $100,406.05, plus interest in the amount of $64,671.55, plus interest at the rate of $50.21 per day through judgment, plus the Plaintiffs attorney's fees and court costs in an

-5-

amount shown by the evidence; and that the Court award such other and further relief as is just and proper.

This 10th day of October 2023.

/s/ Mathew A. Schuh
Mathew A. Schuh
Georgia Bar No. 630253

Mathew A. Schuh, P.C.
Two Midtown Plaza, Suite 1510
1349 West Peachtree Street
Atlanta, Georgia 30309
(404) 277-8421
matt@schuhpc.com