```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                     DUBLIN DIVISION
```

GRIFFIN GREENHOUSE SUPPLIES, \*
INC.,                        \*
                             \*
     Plaintiff,              \*
                             \*
v.                           \*      CV 323-082
                             \*
P. CECIL JENNINGS III,       \*
                             \*
     Defendant.              \*

## ORDER AND NOTICE OF PRETRIAL PROCEEDINGS

The captioned matter is ready to be tried to a jury. In anticipation of the trial, the Court will conduct a pretrial conference on **Monday, September 16, 2024**, at 10:30 a.m., at the Federal Justice Center in **Augusta, Georgia**. Lead counsel for each party shall attend the pretrial conference.

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed <u>to meet and confer, in person</u>, and to prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **Monday, September 9, 2024**. Counsel for the <u>plaintiff</u> shall have the responsibility to initiate compliance herewith. For the parties' convenience, the form of the proposed pretrial order may be located at the Court's website www.gasd.uscourts.gov under "Forms" > "Civil Forms" > "Consolidated Pretrial Order – Judges Hall, Bowen & Moore."

A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. The Court will reject any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date, location and duration of the meeting and the names of all counsel or parties participating. Proposed pretrial orders which are not consolidated (<u>proposed jointly</u>) will not be accepted without the written permission of the Court.

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing by the close of business on **<u>Thursday, September 12, 2024</u>**.

At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (hard copies <u>and</u> in digital format) and an exhibit list <u>must</u> be provided to the Court at the pretrial conference.

Jury Selection and the Trial of the case is scheduled to begin at 9:00 a.m. on **<u>Monday, September 30, 2024</u>**, in **<u>Dublin</u>, Georgia**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE