AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GRIFFIN GREENHOUSE SUPPLIES, INC.,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

       v.

CASE NUMBER: CV 323-082

P. CECIL JENNINGS III,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 11, 2024, the Court dismisses this case for want of prosecution and for failure to comply with the Order of July 17, 2024. This case stands closed.

9/11/2024  
Date

John E. Triplett, Clerk of Court  
Clerk

*Morgan A. Akins*  
(By) Deputy Clerk

GAS Rev 10/2020